# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

December 17, 2015

Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, TX  78711

      Re:  Thomas Ray Sides
            v. Texas
            No. 15-7396
            (Your No. WR-66,982-05; WR-66,982-06)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on August 12, 2015 and placed on the docket December 17, 2015 as No. 15-7396.

Sincerely,

Scott S. Harris, Clerk

by

Michael Duggan
Case Analyst

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 22 2015

Abel Acosta, Clerk